THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANGUS R. FRASER, JR., Appellant, v. DANIEL J. McMANN, as Warden of Clinton Prison, Respondent.—

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur.